/s/Scott Lauer
Scott Lauer
Assistant Federal Public Defender

February 26, 2019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL NO. 17-10291-FDS |
| RICHARD CODY, | ) |
| Defendant. | ) |

[PROPOSED] ORDER

Saylor, D.J.

The Court, having found that the Defendant in the above-entitled matter is indigent and financially unable to pay expenses necessary for transportation to appear in the District of Massachusetts for his sentencing, hereby ORDERS the United States Marshals Service, pursuant to 18 U.S.C. § 4285, to provide an airline ticket from Jacksonville, Florida to Boston MA on March 6, 2019 — and return.

_____
UNITED STATES DISTRICT COURT JUDGE

3-1-2019
_____
DATE

2